UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC PETRECE STANLEY, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CONTRA COSTA,<br><br>    Respondent. | Case No. 25-cv-04373-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Petitioner Rodric Petrece Stanley, Jr., has filed the present habeas corpus action, representing himself. Dkt. 1. On May 22, 2025, the Clerk of the Court sent a notification to Stanley informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application. Dkt. 3. The Clerk sent Stanley a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. *See id.*

    More than twenty-eight days have passed, and Stanley has not paid the filing fee, returned the IFP application or otherwise communicated with the Court.

    **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall terminate all pending motions and close the file.

    **IT IS SO ORDERED.**

Dated: September 4, 2025

                                                                     _____<br>
                                                                     **ARACELI MARTÍNEZ-OLGUÍN**<br>
                                                                     **United States District Judge**